UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JENNER PATRICK SHOOP,<br><br>               Petitioner,<br><br>   v.<br><br>RON VAN BOENING,<br><br>               Respondent. | Case No.  C06-5523 RBL/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED this 26th day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1