1

2      THE HONORABLE RONALD B. LEIGHTON
       MAGISTRATE KAREN L. STROMBOM
3

4

5

6               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
7                         AT Tacoma

8   JENNER PATRICK SHOOP,              NO. C06-5523 RBL/KLS

9                    Petitioner,       ORDER GRANTING
                                       RESPONDENT'S MOTION FOR
10       v.                            EXTENSION OF TIME TO FILE
                                       ANSWER
11  RON VAN BOENING,

12                   Respondent.

13      Respondent, having filed a Motion for Extension of Time to File an Answer in this matter,

14  and the Court being fully advised and having examined the records and files herein;

15      NOW THEREFORE, it is hereby

16      ORDERED that Respondent's Motion for Extension of Time to File an Answer in this

17  matter be and the same is hereby granted.

18      Respondent's Answer to Petition for Writ of Habeas Corpus shall be due on or before

19  December 13, 2006.

20      DATED this 7TH day of December, 2006.

21

22                                     Karen L. Strombom
                                       United States Magistrate Judge
23

24  Submitted by:
    ROB MCKENNA
    Attorney General
25

26  /s/ ALEX A. KOSTIN, WSBA #29115
    Assistant Attorney General

                    **CERTIFICATE OF SERVICE**

ORDER GRANTING RESPONDENT'S              1        ATTORNEY GENERAL OF WASHINGTON
MOTION FOR EXTENSION OF TIME TO                        Criminal Justice Division
FILE ANSWER -- No. C06-5523                               PO Box 40116
                                                      Olympia, WA 98504-0116
                                                          (360) 586-1445

1

2
       I hereby certify that, I caused to be electronically filed the foregoing document with

3
the Clerk of the Court using the CM/ECF system.  I certify that I mailed by United States

4
Postal Service the document to the following non CM/ECF participants:

5

6
TO:
JENNER PATRICK SHOOP #767029

7
CEDAR CREEK CORRECTIONS CENTER
PO BOX 37

8
LITTLEROCK, WA  98556

9
       EXECUTED this 24th day of October, 2006, at Olympia, Washington.

10

11
/s/Karen Thompson
KAREN THOMPSON

12
Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME TO
FILE ANSWER -- No. C06-5523

2

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445