# United States District Court

WESTERN DISTRICT OF WASHINGTON

JENNER PATRICK SHOOP,

        Plaintiff,                            JUDGMENT IN A CIVIL CASE

       v.

RON VAN BOENING,                        CASE NUMBER: C06-5523RBL-KLS

        Defendants,

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

The Petitoner's writ of habeas corpus (Dkt. #4) is DISMISSED WITH PREJUDICE.

    April 10, 2007                                        BRUCE RIFKIN
                                                                                Clerk

                                                             /s/ Pat LeFrois
                                                            Deputy Clerk